Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 9 2017

Caption:

UNITED STATES OF AMERICA v.

BRANDON LISI

Docket No.: 15-CR-457 (KPF)
KATHERINE POLK FAILLA
(District Court Judge)

Notice is hereby given that BRANDON LISI appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on September 21, 2017
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐

Defendant found guilty by plea ✓ | trial ☐ | N/A ☐.

Offense occurred after November 1, 1987? Yes ✓  No ☐  N/A ☐

Date of sentence: SEPTEMBER 19, 2017   N/A ☐

Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: JOSEPH A. GROB

Counsel's Address: JOSEPH A. GROB, P.C.,
345 7TH AVENUE -21ST FLOOR, NEW YORK, NEW YORK 10011

Counsel's Phone: 516-993-7336

Assistant U.S. Attorney: Katherine C. Reilly

AUSA's Address: U.S. Attorney's Office for the Southern District of New York
1 Saint Andrew's Plaza New York, NY 10007

AUSA's Phone: (212) 637-6521

_____
Signature