UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                     :
  UNITED STATES OF AMERICA,                          :
                                                     :
                                                     :   15 Cr. 457 (KPF)
                        v.                           :
                                                     :   ORDER
  BRANDON LISI,                                      :
                                                     :
                        Defendants.                  :
                                                     :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    The Court has received several letters from Defendant Brandon Lisi's mother, Charlotte Lisi, requesting the Court order his compassionate release. In the first instance, the Court cannot consider documents filed by individuals who are not parties to this case or their attorneys. Accordingly, the Court will not post Mrs. Lisi's letters on the docket or address the requests contained therein.

    Second, in order to bring a motion for compassionate release, an individual must comply with the procedures described 18 U.S.C. § 3582(c)(1)(A). Accordingly, before any such motion can be raised with the district court, Defendant would first have to bring the request to the Bureau of Prisons. *See id.* (allowing such a motion by a defendant "*after* the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier" (emphasis added)).

SO ORDERED.

Dated:    August 21, 2019
          New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge

*A copy of this Order was mailed by Chambers to:*

Brandon Lisi
Inmate Reg. No. 62739-054
Metropolitan Detention Center - Brooklyn
P.O. Box 329002
Brooklyn, New York 11232

2