UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

BRANDON LISI,

Defendant.

---

15 Cr. 457 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the Government's motion requesting an order directing the Clerk of Court to add the Lawyer's Fund for Client Protection of the State of New York as a compensation provider entitled to restitution payments under the judgement entered into the above-captioned case. Mr. Lisi, proceeding *pro se*, is directed to file a response to the motion on or before **August 26, 2024.**

The Clerk of Court is directed to mail a copy of this Order as well as a copy of the Government's Memorandum of Law and accompanying Declarations (*see* Dkt. #235-237), to Mr. Lisi at the following address:

15 Wincott Drive

Melville, New York 11747

SO ORDERED.

Dated: August 5, 2024
New York, New York

KATHERINE POLK FAILLA
United States District Judge