

# Palmieri Law P.C.
### Attorneys at Law
250 Mineola Boulevard, Mineola, New York 11501
Tel: 516-248-9595 – Fax: 516-248-7897

Direct ext. 123
Writer's email:vpalmieri@pallawny.com

January 2, 2025

*Filed via ECF*
Honorable Katherine Polk Failla
United States District Court Judge

**MEMO ENDORSED**

Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Lisi, 1:15-CR-00457 (KPF)

Dear Honorable Judge Failla,

    I have previously consulted with Mr. Lisi regarding the above referenced matter, but he was unable to retain me at that time. On Tuesday he informed me that he was now able to proceed and asked me to represent him in this matter. He also informed me that he was required to file a submission with the Court by tomorrow in connection to the status of his restitution.

    I have preliminarily reviewed the matter from my prior consultation along with some of the emails with AUSA Guru and Mr. Druker. From my brief review it is clear to me that any response will also need to include a review of the initial restitution ordered by Judge Buchwald. As such I will need time to investigate and gather the appropriate documentation with regard to the payments made with regard to both orders and to obtain the status or back up proof for the initial restitution order as I believe they both impact upon each other.

    Moreover, I have also been in contact with the Lawyers Fund and have commenced discussions with them to potentially resolve the restitution they assumed and paid on my client's behalf. As this is a somewhat complicated matter with many parties, I would respectfully request that any response on Mr. Lisi's behalf be adjourned for a minimum of forty-five (45) days or any

date thereafter convenient to the Court, so that I can comprehensively respond and hopefully conclude these restitution matters. I have consulted both AUSA Guru and Mr. Druker who have consented to my request subject to the Courts approval.

If your Honor has any questions or concerns, please do not hesitate to contact the undersigned at your convenience. Thank you in advance for your attention to this matter.

Very truly yours,

Vito A. Palmieri, Esq.

VAP:dj

Application GRANTED.  Mr. Lisi shall file his response on or before **February 18, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 254.

Dated:    January 3, 2025
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE